IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:24-po-0186-DMC-1 |
| Plaintiff, | |
| v. | ORDER |
| SHMUEL MORDCHIA, | |
| Defendant. | |

The Court is in receipt of Defendant's trial brief, filed on June 2, 2025. See ECF No. 17. Among other things, Defendant argues that the closure order at issue in this case is invalid due to improper notice. See id. at 6, 7 (citing briefing and order in United States v. Frucher, 3:24-po-0121-DMC-1). Because this issue is potentially dispositive of the entire case, as it was in the Frucher and other related matters, the Court will order briefing on that single issue in advance of the scheduled June 16, 2025, bench trial in Sacramento, California. Upon completion of briefing on the issue of sufficiency of notice of the closure order, the Court will issue a written ruling on the papers, unless oral argument is deemed appropriate.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Government shall file a response to Defendant's trial brief on the single issue of sufficiency of notice of Forrest Order No. 05-11-02-24-05 on or before the close of business on June 10, 2025.

2. Defendant may file an optional reply brief on or before the close of business on June 11, 2025.

Dated: June 5, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE